IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ALBERT HALL, Register No. 1041356, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4074-CV-C-NKL |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 22, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for summary judgment be denied, without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). In his response of August 4, 2008, plaintiff states he has no specific objections to the recommendation.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of July 22, 2008, is adopted. [48] It is further

ORDERED that plaintiff's January 14, 2008 motion for summary judgment is denied, without prejudice to refiling on his remaining claims. [28]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: September 3, 2008
Jefferson City, Missouri